**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| GENERAL TOOLS AND INSTRUMENTS, LLC, | |
| *Plaintiff,* | |
| *v.* | No. 20-03387 |
| UNITED STATES, *et al.*, | |
| *Defendants.* | |

**NOTICE OF WITHDRAWAL**

Pursuant to Rule 75 of the Rules of the Court of International Trade, the undersigned, Stephen J. Kenny, respectfully notices the withdrawal of his appearance as counsel to Plaintiff in this action.  Plaintiff will continue to be represented by Brett Shumate.

Dated: July 20, 2023

Respectfully submitted,

*s/ Stephen J. Kenny*

Stephen J. Kenny
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Telephone:  (202) 879-3939
Facsimile:  (202) 626-1700

*Counsel for Plaintiff*